# EXHIBIT 4

jason bone - Staff Marketing and Apps Engineer at Monolithic Power Systems, Inc. | LinkedIn



### jason bone

Staff Marketing and Apps Engineer at Monolithic Power Systems, Inc.

Hutto, Texas, United States · Contact Info

120 followers · 114 connections

 See your mutual connections

Join to view profile      ✈ Message

Primarion

University of Missouri-Rolla

## Experience

**FAE**
Primarion



**Staff Marketing and Apps Engineer**

Monolithic Power Systems, Inc.

Jan 2015 - Present · 10 years 8 months

---

# Education



**University of Missouri-Rolla**

Masters · Electrical and Electronics Engineering

1995 - 2001

Activities and Societies: SAE Formula Car

---

## View jason's full profile

⊙⊙  See who you know in common

🔁  Get introduced

👥  Contact jason directly

[ Join to view full profile ]



Follow your imagination anywhere.

Try now

Adobe Creative Cloud Pro

## Other similar profiles

**Oleg Volfson**

FAE at Monolithic Power Systems, Inc.

Andover, MA



**Yan-Cun Li**

San Jose, CA



**Rex Caballero**

Cupertino, CA



**Isaac Ferstenberg**

Senior Staff Engineer, FAE at Infineon Technologies

Cresskill, NJ



**Pengjie Lai**

United States



**Yannick Maurice**

San Francisco Bay Area



**Steve Reine**

Acton, MA



**Joe Sousa**

Principal Engineer at Analog Devices

Billerica, MA



**Paul Smith**

Hurst, TX



**Oscar Mansilla**

Greater Boston



 ## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

**View top content**

## Others named **jason bone** in **United States**

**Jason Bone**

Head of Metro Tech Ops - Central Texas at Google Fiber

San Antonio, Texas Metropolitan Area

**Jason Bone**

Castro Valley, CA

**Jason Bone**

Memphis Metropolitan Area

**Jason Bone**

Nashville, TN

**Jason B.**

Founder of Geospatial Clarity - Passionate about simplifying, visualizing and liberating information to simplify decision making

Davis, CA

52 others named jason bone in United States are on LinkedIn

See others named **jason bone**

# Add new skills with these courses


**Logo Development: Identity Delivery**
1h 17m


**Electronics Foundations: Basic Circuits**
4h 2m

**Creating Change: Diversity and Inclusion in the Tech Industry**
45m

See all courses

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language



roberto g. austin tx monolithic power systems

All    Images    News    Videos    Maps    Short videos    More ▾                    Tools ▾

  LinkedIn · Roberto G.
270+ followers

### Roberto G. - Monolithic Power Systems, Inc.

Austin, Texas Metropolitan Area · Monolithic Power Systems, Inc.

**Experience: Monolithic Power Systems, Inc** · Education: Alfred State College - SUNY College of Technology · Location: Austin, Texas Metropolitan Area · 273 ...

  Monolithic Power Systems
https://www.monolithicpower.com

### Monolithic Power Systems: MPS

Monolithic Power Systems, Inc. (MPS) **provides small, highly energy efficient, easy-to-use power management solutions** for electronic systems found in ...

Products    Contact    About MPS    Monolithic Power Systems...

  LinkedIn · Monolithic Power Systems, Inc.
61.6K+ followers

### Monolithic Power Systems, Inc.

MPS' mission is to reduce total energy consumption in our customers' **systems** and service our customers with green, practical, compact solutions.

Missing: ~~austin~~ | Show results with: austin

  Monolithic Power Systems
https://www.monolithicpower.com › about-mps

### About MPS

As a leading international semiconductor company, **Monolithic Power Systems (MPS)** creates cutting-edge solutions to improve the quality of life with green, easy ...

Mouser Electronics
https://www.mouser.com › new › monolithicpowersystems

### New Monolithic Power Systems (MPS) Products

Monolithic Power Systems (MPS) **provides small, highly energy-efficient, easy-to-use power solutions** for systems found in industrial applications.

4.6     store rating (463) · $9.99 delivery · 30-day returns

# People also ask ⋮

| Who is the owner of monolithic power systems? | ⌄ |
|---|---|

| How many employees does monolithic power systems have? | ⌄ |
|---|---|

| Where is monolithic power located? | ⌄ |
|---|---|

| Who is monolithic power systems biggest customer? | ⌄ |
|---|---|

*Feedback*



Bronstein, Gewirtz & Grossman, LLC
https://bgandg.com › mpwr

## Monolithic Power Systems, Inc. (MPWR)

The Complaint alleges that throughout the Class Period, Defendants made false and/or misleading statements and/or failed to disclose that: (1) **Monolithic Power** ...

Missing: ~~roberto~~ ~~austin~~ ~~tx~~



Mouser Electronics
https://www.mouser.com › ProductDetail › mEZD71202...

## mEZD71202A-G Monolithic Power Systems (MPS)

The modules feature 3% to 5% higher efficiency, a wide input voltage range, and cost-effective form factors that reduce package sizes up to 40%. **Monolithic** ...

$9.99 delivery · 30-day returns



PlainSite
https://www.plainsite.org › profiles › monolithic-power-...

## Monolithic Power Systems, Inc. MPWR

**Monolithic Power Systems, Inc**. litigation, intellectual property, attorneys, sec filings, and other public records.



Craft.co
https://craft.co › Monolithic Power Systems

## Monolithic Power Systems CEO and Key Executive Team

**Monolithic Power Systems's** Chairman of the Board, President and Chief Executive Officer is Michael R. Hsing. Other executives include Bernie Blegen, ...



**Tracxn**
https://tracxn.com › Discover › Companies

## Monolithic Power Systems - 2025 Company Profile & Team

**Manufacturer of analog and mixed-signal and power ICs.** Its product portfolio includes DC-DC and AC-DC power converters, power management ICs, LED lighting ...

## People also search for

| Monolithic Power Systems Inc | Diodes Incorporated | Onsemi | Nvidia | Texas Instruments | Qualcomm |

Feedback

| Monolithic Power Systems **locations** | 🔍 | Monolithic Power Systems **careers** | 🔍 |
|---|---|---|---|
| Monolithic Power Systems **CEO** | 🔍 | Monolithic power Systems **Kirkland** | 🔍 |
| Monolithic Power Systems **headquarters** | 🔍 | Monolithic Power Systems **salary** | 🔍 |
| Monolithic Power Systems **manufacturing locations** | 🔍 | Monolithic Power Systems **San Jose** | 🔍 |

1    2    3        Next

Results are not personalized

**77098, Houston, TX** - From your IP address - Update location

Help     Send feedback     Privacy     Terms



## About

I am a flexible and adaptable engineer - if it needs to be done, I'll do it. The following principles have guided my success as an FAE and product definer.

- understand the underlying technical need

- find a compelling solution within the constraints of expertise, time, size, performance and cost
- fight for resources to finish the important work
- defend expensive decisions by communicating the value
- launch new products with the right collateral and training
- win designs with profitable pricing

## Activity

+ Follow




**Are you seeking to optimize your Power Delivery Network (PDN)? We can provide guidance o…**
Liked by sam robinson

**Future of Memory and Storage Conference is coming up August 4-7 in Santa Clara CA. MPS is…**
Liked by sam robinson

**An aluminum ladder leaned up against a power line. *What could possibly go wrong*?! I…**

8/27/25, 4:53 PM
Case 6:25-cv-00449-ADA-DTC    Document 1-4    Filed 09/30/25    Page 12 of 59
sam robinson – Principal FAE at Monolithic Power Systems, Inc. | LinkedIn

Liked by sam robinson

Join now to see all activity

## Experience

### Principal FAE
Monolithic Power Systems, Inc.
Sep 2018 - Present · 7 years

### Senior Applications Engineer for Digital Power
Alpha & Omega Semiconductor
Feb 2018 - Sep 2018 · 8 months
Austin, Texas Area

### Senior Field Applications Engineer - Power Specialist
Intel Corporation
Aug 2014 - Dec 2017 · 3 years 5 months
Austin, Texas Area

Power specialist responsible for customer success in the Central and Rocky Mountain regions. From pre-sales proposals to on-the-bench post-sales support, I ensure customer power systems perform as expected. I am the trusted adviser for all aspects of power design for customers using Intel Programmable Solutions (FPGAs) including interpreting specifications, proper layouts , simulation and analysis, proper decoupling strategies. Understanding how each customer optimizes their designs has been...

Show more

### Sr. Field Applications Engineer

Maxim Integrated Products

Mar 2011 - Aug 2014 · 3 years 6 months

Austin, Texas Area

With a customer base focused primarily on computing and communications end-systems I supported 7000 analog and mixed-signal products ranging from power to RF.

### Applications Engineer

Apex Microtechnology

2000 - 2011 · 11 years

Tucson, Arizona Area

From technical support to product definition, my role at Apex grew as I gained experience. Our products were 100% analog in a time when our customers transitioned from analog specialists to systems architects. The entire landscape of support changed as did the way we discovered the customers' true requirements.

### Product Marketing Engineer

Linear Technology

2006 - 2007 · 1 year

Silicon Valley

My time at LTC was short, but educational. They have a unique view of the semiconductor industry and have carved a very successful and profitable path in that business. The company and my colleagues were great, but California didn't agree with me. I left LTC and returned to Apex with a new understanding of pricing and product value positioning.

### Product Applications

Tesa Entry Systems (now known as Onity)

1996 - 2000 · 4 years

Greater Atlanta Area

As the sole engineer in North America, I was the technical voice of 80% of our customers. The designers were in Spain and I learned quickly how to clearly communicate the differences between the European and American points of view.

## Education

### University of Alabama in Huntsville
BSEE

## Publications

**Cycle-by-Cycle: Current Limiting Eases Design of Motor Drives**

Power Electronics Technology · November 1, 2008

**Multiple Techniques Solve Stability Problems in Power Op Amps**

EE Times (Planet Analog) · October 24, 2008

**Drive and Control Electronics Enhance the Brushless Motor's Advantages**

Electronic Design · August 17, 2006

**High-Speed, Monolithic Amplifier Is Ideal for Piezoelectric Amplifiers**

Power Electronics Europe · Jan 2006

**Drive Piezoelectric Actuators with Fast, High-Power Op Amps**

Electronic Design · November 7, 2005

**Reaping the Benefits of Open-Frame Technology in Power Amplifier Design**

Power Systems World Conference · Nov 2005

**Power Amplifier Drives Multiple Ink Jet Heads**

Power Electronics Technology · Jan 2005

Other authors

8/27/25, 4:53 PM
Case 6:25-cv-00449-ADA-DTG    Document 1-4    Filed 09/30/25    Page 15 of 59
sam robinson - Principal RF at Monolithic Power Systems, Inc. | LinkedIn

## More activity by sam

We're excited to announce our upcoming automotive webinar: Stability Analysis in Time...

Liked by sam robinson

MPS is proud to be named the top supplier in the Semiconductor category at the Micron...

Liked by sam robinson

This week, Apex and Redtree Solutions had the pleasure of hosting a technical seminar in Isra...

Liked by sam robinson

Want to design what's next after this amazing thing? We're looking for cutting-edge package...
Liked by sam robinson

T-Kuhn spent the last 5 years pushing the limits of technology to build a PERPETUAL PING-...
Liked by sam robinson

---

## View sam's full profile

See who you know in common

Get introduced

Contact sam directly

Join to view full profile



## Other similar profiles

### Sean McNally

Colorado Springs, CO

 Connect

### Tony Shi

RF Power and Wireless Power expert at GaN Systems Inc.

Santa Clara, CA

 Connect

### Ahmad Tavakoli

San Francisco, CA

 Connect

### Daniel Beeker

Novi, MI

 Connect

### Stefan Rusu

Sunnyvale, CA

Connect

Case 6:25-cv-00449-ADA-DTG    Document 1-4    Filed 09/30/25    Page 18 of 59

**Mark Fortunato**

Los Angeles Metropolitan Area

Connect

**Saurabh Desai**

Fremont, CA

Connect

**Lily Li**

Santa Clara, CA

Connect

**Fred Gibson**

San Francisco Bay Area

Connect

**Jon Rhan, MBA**

Greater Boston

Connect

## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

View top content

# Others named **sam robinson** in **United States**

### Sam Robinson

Strategic Sourcing & Procurement Leader | Creating Collaborative Partnerships for Mission Critical Success

Greater Chattanooga

### Sam Robinson

Greater Boston

### Sam Robinson

Portland, Oregon Metropolitan Area

### Sam Robinson

Founder & President

Salt Lake City Metropolitan Area

### Sam Robinson

Master's in Business Data Analytics | Python | R | SQL

Salt Lake City, UT

1399 others named sam robinson in United States are on LinkedIn

See others named **sam robinson**

## Add new skills with these courses

1h 22m    **The Challenge of Scale: Semiconductor Innovation and Manufacturing**

1h 17m    **Customer Journey Mapping with Generative AI**

33m    **Adobe Express: Creating Marketing Materials**

See all courses

© 2025                                About

Accessibility                         User Agreement

Privacy Policy                        Your California Privacy Choices

Cookie Policy                         Copyright Policy

Brand Policy                          Guest Controls

Community Guidelines                  Language





 Top Content  People  Learning  Jobs  Games  Get the app



## Victor Gallagher

Sales at Monolithic Power Systems, Inc.

Austin, Texas, United States · Contact Info

1K followers · 500+ connections

 See your mutual connections

Join to view profile

✈ Message

 Monolithic Power Systems, Inc.

USI University of Southern Indiana

## Activity

+ Follow



**Today marked my first day back to work from maternity leave with baby #3... while any mom...**
Liked by Victor Gallagher



**Navitas Appoints New CEO Chris Allexandre is to become the new CEO of wide bandgap (WB...**
Liked by Victor Gallagher



**Navitas proudly presents Chris Allexandre as the new President and Chief Executive Officer!...**

Liked by Victor Gallagher

Join now to see all activity

## Experience

### Area Sales
Monolithic Power Systems, Inc.
Jan 2021 - Present  · 4 years 8 months
Austin, Texas, United States

### Global Sales
ON Semiconductor
Jul 2016 - Jan 2021  · 4 years 7 months
Austin, Texas

### Vishay Intertechnology, Inc.
5 years 9 months

### District Sales Manager
Oct 2012 - Jul 2016  · 3 years 10 months

### Global Account Manager
Nov 2010 - Oct 2012  · 2 years

### Technical Marketing, Inc.

6 years 4 months

#### OEM Account Manager

Jul 2008 - Nov 2010 · 2 years 5 months

#### Account & Distribution Manager

Aug 2004 - Jul 2008 · 4 years

#### Regional Supplier Business Manager

Arrow Electronics

Nov 1999 - Aug 2004 · 4 years 10 months

### Wyle Electronics

3 years

#### Regional Supplier Business Manager

1997 - 2000 · 3 years

#### Field Sales Representative

Mar 1997 - Aug 1999 · 2 years 6 months

# Education

### University of Southern Indiana

Business Administration

1991 - 1996

---

## Recommendations received

**Pavlick Rimboim**

"Victor is a dedicated sales manager, he was our rep for Dell and did a great work understanding the complexity of the acount and going after the right targets to win the acount, I would be happy to work with Victor again."

**David Powers**

"Victor Gallagher was a great field asset as the Regional Supplier Business Manager in Texas. Customer focused, organized, and with great relationships, Victor was a big reason that we were successful in driving sales and demand for our mutual line assignment."

6 people have recommended Victor

**Join now to view**

---

## More activity by Victor

We're excited to announce a strategic investment with GlobalFoundries to advance cutting-...

Liked by Victor Gallagher

Excited to share my new role at Infineon Technologies as the Director of Marketing for the C3...
Liked by Victor Gallagher

It was a GREAT first week at Rochester Electronics. The team in Newburyport was supportive,...
Liked by Victor Gallagher

**From My First PC to Meeting Michael Dell** My grandfather bought me my first computer—a...
Liked by Victor Gallagher

"It takes 20 years to make an engineer" ... Last week we hosted a Bring Your Child to Work da...
Liked by Victor Gallagher

Does anyone recognize this historic fire house in Evansville? My father-in-law was a firefighter…
Liked by Victor Gallagher

You're doing great work Reilly Heinrich! Glad to have you on this journey with us!
Liked by Victor Gallagher

Excited to share that I'll be stepping into the role of Global Electronics Sourcing Leader at SLB…
Liked by Victor Gallagher

## View Victor's full profile

See who you know in common

Get introduced

Contact Victor directly

**Join to view full profile**



ultimateinsurance.com

**Affordable Car Insurance Quote - $19/Month Car Insurance Rates**



## Other similar profiles

### Jeff Liang

San Jose, CA

 Connect

### Mike McPoland

Senior Account Manager

Millis, MA

 Connect

### Lisa Girouard

San Jose, CA

 Connect

### Larry Parks

Key Account Manager

Houston, TX

 Connect

### Paul Hunter

Aliso Viejo, CA

Connect

**Sara Burrell**

Huntington Beach, CA

Connect

**Jim O'Brien**

San Francisco Bay Area

Connect

**Mark Diaz**

Abrasive Technology

Chandler, AZ

Connect

**Steve Thorne**

San Jose, CA

Connect

**Matt Taylor**

San Francisco, CA

Connect

## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

**View top content**

# Others named **Victor Gallagher** in **United States**

### Victor Gallagher

Business Owner, Retail, Python Programming, Accounting, Wood Carving, Furniture Restoration, Experience with FreeCAD design software .

Case 6:25-cv-00449-ADA-DTG   Document 14   Filed 09/30/25   Page 29 of 59

Lafayette, LA

### Victor Gallagher

Student at University of Hawaii at Manoa

Kapolei, HI

### Victor Gallagher

--

Colorado Springs, CO

### Victor Gallagher

Retired

San Antonio, TX

7 others named Victor Gallagher in United States are on LinkedIn

**See others named Victor Gallagher**

## Add new skills with these courses

45m    **Creating Change: Diversity and Inclusion in the Tech Industry**

29m    **Align Sales Operations with Business Strategy**

47m    **Psychology Fundamentals for Marketing and Sales Success**

**See all courses**

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language

8/27/25, 4:53 PM    David Fratzke - Staff Technical Marketing & Applications Engineer at Monolithic Power Systems, Inc. | LinkedIn

Case 6:25-cv-00449-ADA-DTG    Document 1-4    Filed 09/30/25    Page 30 of 59






Top Content


People


Learning


Jobs


Games


Get the app



## David Fratzke

Staff Technical Marketing & Applications Engineer at Monolithic Power Systems, Inc.

Austin, Texas, United States · **Contact Info**

498 followers · 497 connections

**See your mutual connections**

Join to view profile        ✈ **Message**

 **Monolithic Power Systems, Inc.**

❗ **South Westphalia University of
Applied Sciences**

## Activity





☀️ **Celebrating a Milestone Moment for IBM z17 and LinuxONE 5** ☀️ Our Poughkeepsie z17...
Liked by David Fratzke



☀️ **Happy #NationalInternDay from MPS!** ☀️ We were honored to have Maurice Sciammas,...
Liked by David Fratzke



**Einfach mal durch die Highlights klicken...** 📸 Freudige Gesichter, jubelnde Kolleg:innen,...

Liked by David Fratzke

Join now to see all activity

## Experience

### Monolithic Power Systems, Inc.

4 years 1 month

#### Sr. Staff Technical Marketing & Applications Engineer
Feb 2025 - Present · 7 months

#### Staff Technical Marketing & Applications Engineer
Aug 2021 - Mar 2025 · 3 years 8 months

### IBM

7 years 5 months

#### Power Engineer
Apr 2018 - Aug 2021 · 3 years 5 months

Austin, Texas Area

pSystems power development engineer

#### Power Engineer
Apr 2014 - Mar 2018 · 4 years

Poughkeepsie, NY

zSystems Power System Development

**Inotec Sicherheitstechnik GmbH**

5 years 6 months

### R&D Engineer

Apr 2012 - Mar 2014 · 2 years

D-59469 Ense

Development of circuitry from schematic to final design
Write and validate new software and supporting documentation for manufacturing

### Student

Oct 2008 - Apr 2012 · 3 years 7 months

D-59469 Ense

Development of schematics, board layouts and prototypes.
Bachelor-Thesis.

### Student Apprentice

South Westphalia University of Applied Sciences

Jul 2010 - Jul 2011 · 1 year 1 month

D-59494 Soest

Advising practical courses and maintain laboratory equipment

---

# Education

### South Westphalia University of Applied Sciences

Bachelor of Engineering (B.Eng.) · Electrical and Electronics Engineering

2008 - 2012

Activities and Societies: Member of the examination board

# Licenses & Certifications

### Machine Learning with Python - Level 1
IBM

Issued Oct 2020

**See credential**

### Applied Data Science with Python - Level 2
IBM

Issued Feb 2019

**See credential**

### Python for Data Science
IBM

Issued Jan 2019

**See credential**

# Volunteer Experience

### Member of the examination board

Fachhochschule Südwestfalen

Oct 2010 - Oct 2011 · 1 year 1 month

Education
Member of the examination board "Electrical Engineering" as a student representative

### Volunteer

National DiscoverE! Week

Mar 2015 - Present · 10 years 6 months

Education
Industry-wide outreach to reinforce importance of STEM = Science, Technology, Engineering and Math in our schools.

Visit local schools and work with calsses. That includes a classroom presentation, a combination of personal stories of why STEM is important reinforced with a project that helps build problem solving skills in a team-based environment.

## Projects

### Development of a Power Communication System for Protective Extra-Low Voltage Power Lines

Dec 2011 - Apr 2012
The Power Communication System of an emergency lighting system was optimized to improve the transmission speed of the existing system with minimal cost increase. After examination of the present form of communication and analysis of various possible solutions of the digital modulation, a concept for this process was created and finally the implementation of circuitry and software for a frequency shift keying was realized. Outcome of the work is a prototype of the developed...

( Show more )

# Languages

**German**
-

**English**
-

---

# More activity by David

🎉 Building Connections, One Conversation at a Time! 🎉 Last week's Intern & Manager Lunc...
Liked by David Fratzke

🌸 **Verabschiedung in den Ruhestand – Danke, Katerina**! 🌸 Wir verabschieden unsere...
Liked by David Fratzke

🌸 **Verabschiedung in den Ruhestand – Danke, Katerina**! 🌸 Wir verabschieden unsere...
Liked by David Fratzke

Drei Wochen, viele Berufe, unzählige Eindrücke! Unsere 4 Praktikanten konnten in verschiede…
Liked by David Fratzke

Letzte Herbstgrüße aus unserem Stammwerk in Ense 🍂 ✨ Die Sonne hat sich noch einmal…
Liked by David Fratzke

I am beyond elated to share that I have successfully earned my Master's degree M.Sc. in…
Liked by David Fratzke

Monolithic Power Systems was invited to attend Tesla's highly anticipated 'We, Robot' Robota…
Liked by David Fratzke

It was the perfect way to end a wonderful week filled with learning, co-creations but most of ...
Liked by David Fratzke

„Auf die Plätze, fertig, los!" hieß es letzte Woche beim 12. Sparkassen Firmenlauf am...
Liked by David Fratzke

Die Ausbildungsmesse "Amie" in der Conrad-von-Ense-Schule war ein voller Erfolg. Unser...
Liked by David Fratzke

Unser IT-Team rockt derzeit den Hardware-Upgrade-Marathon für einen Teil unseres...
Liked by David Fratzke

Komm zu INOTEC und verstärke Marius als HR Business Partner (m/w/d) im…

Liked by David Fratzke

---

## View David's full profile

See who you know in common

Get introduced

Contact David directly

[ Join to view full profile ]



MORE FLIGHTS TO WHERE YOU WANT TO BE

Every adventure is within your reach on United.

Book Now

UNITED

## Other similar profiles

**Hooman Ghaffarzadeh, Ph.D.**

Irvine, CA

 Connect

**Travis Hummel**

Sydney, NSW

 Connect

**Ankit Mishra**

Greater Seattle Area

 Connect

**Nilesh Dattani**

Kirkland, WA

 Connect

**Lu Yuan**

Stanford, CA

 Connect

**Tony Zhang**

San Francisco Bay Area

Connect

**Allison Korczynski**

Seattle, WA

Connect

**Jing Liang**

Mountain View, CA

Connect

**Nipuna Samarasekara**

Mountain View, CA

Connect

**Chen Gao**

Sunnyvale, CA

Connect

## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

View top content

# Others named **David Fratzke**

**david fratzke**

Operations Manager at Republic Services

Davenport, IA

**David Fratzke**

--

Davenport, IA

**David Fratzke**

--

United States

3 others named David Fratzke are on LinkedIn

See others named **David Fratzke**

# Add new skills with these courses

|  | **Complete Guide to Google BigQuery for Data and ML Engineers** |
| 4h 22m | |

|  | **Scala Essential Training for Data Science** |
| 2h 14m | |

|  | **Microsoft Power Platform Fundamentals (PL-900) Cert Prep: Power Automate** |
| 2h 53m | |

See all courses

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language



Artur Lewinski

Dallas, Texas, United States · **Contact Info**

401 followers · 391 connections

**See your mutual connections**

Join to view profile

**Message**

**Monolithic Power Systems, Inc.**

**Texas A&M University**

## Activity

**+ Follow**



**Honored to be recognized as one of Ebby Halliday's Little White House Top Producers for the...**
Liked by Artur Lewinski



**So proud to be a part of the ðVision Pro team. https://lnkd.in/ga_fzTSi**
Liked by Artur Lewinski



**Proud to announce today is my first day at Hotel Engine! Getting laid off is a very humbling...**

Liked by Artur Lewinski

<div style="text-align: center; border: 1px solid blue; border-radius: 30px; padding: 15px;">

**Join now to see all activity**

</div>

## Experience & Education



Monolithic Power Systems, Inc.

### View Artur's full experience

By clicking Continue to join or sign in, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

**Sign in**    **Continue with Google**

## Publications

### Analog Filter Techniques: Improving Frequency Response and Dynamic Range in Integrated Solutions

ISBN-10: 3639012992 · May 7, 2008

Analog filters are vital building blocks in many modern electronic systems; their integration on-chip reduces size and cost due to the absence or limited use of external components. However, since lossless inductors cannot be integrated efficiently, it is necessary to emulate them using active circuitry. This issue adds many challenges to filter design because the use of active circuitry introduces noise and non-linearity to the system. Considerable attention to these undesirable properties is...

Show more ⌄

**See publication** ↗

## Patents

**Methods and Apparatus to Facilitate Ground Fault Detection With A Single Coil**
US 7,834,636

**Methods and apparatus to facilitate ground fault detection with a single coil and an oscillator.**
US 8,018,235

---

## More activity by Artur



**For D Magazine, LPA Director of Lab Planning Isabel Mandujano shares five strategies for...**
Liked by Artur Lewinski



**LPA just won the prestigious national AIA Architecture Award for a groundbreaking STEAM...**

Liked by Artur Lewinski



**Our Dallas studio is in line for a sustainability award from CoreNet Global North Texas!**

Liked by Artur Lewinski

**We are proud to be hosting the November Texas Chapter meeting for I2SL: International...**

Liked by Artur Lewinski

---

## View Artur's full profile

See who you know in common

Get introduced

Contact Artur directly

**Join to view full profile**



ultimateinsurance.com

**Metlife Insurance - Compare Auto Insurance Rates**



## Other similar profiles

**Zhidong Liu**

Raleigh-Durham-Chapel Hill Area



**Lei Zhang**

Senior Technologist at NXP Semiconductors

Orlando, FL



**Hesam Aslan**

Cupertino, CA



**Ramsin Ziazadeh**

San Jose, CA



**Surajit Sarkar**

Chandler, AZ

Connect

8/27/25, 4:54 PM
Case 6:25-cv-00449-ADA-DTG   Document 1-4   Filed 09/30/25   Page 49 of 59
Artur Lewinski - HBO | the Powered by Flexus | LinkedIn

**Harish Kumar**

Frisco, TX

Connect

**Tarun Arora**

Seattle, WA

Connect

**Duane Connerney**

San Diego, CA

Connect

**Rajarshi Mukhopadhyay**

Dallas, TX

Connect

**Benjamin Sarpong**

Academic Network Program Director

Dallas, TX

Connect

## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

**View top content**

# Others named **Artur Lewinski**

**Artur Lewiński**

Java Developer

Koszalin

**Artur Lewiński**

Structural Designer/Owner WoodStatic

Gdańsk

**Artur Lewinski-Adams**

Bronx, NY

**Artur Lewinski**

--

United States

9 others named Artur Lewinski are on LinkedIn

See others named **Artur Lewinski**

# Add new skills with these courses

**End-to-End JavaScript Testing with Cypress.io**
2h 6m

**Angular: Testing and Debugging**
2h 16m

**The Challenge of Scale: Semiconductor Innovation and Manufacturing**
1h 22m

See all courses

© 2025

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language



1800

déc. 2024          janv. 2025          févr. 2025

## Classement **2003**

Vous êtes meilleur que 93.10% des joueurs de
Rapid.

**Proud to share a personal milestone—reaching 2000 Elo on Lichess in Rapid (10min) ! Using...**
Liked by Nadeem Zaki

---

# Experience



### Product Line Manager
Monolithic Power Systems, Inc.
Jan 2024 - Present · 1 year 8 months



### Texas Instruments
7 years 6 months

### Marketing Manager
Mar 2022 - Jan 2024 · 1 year 11 months
Dallas, Texas, United States

### Field Analog Application Engineer
Aug 2017 - Mar 2022 · 4 years 8 months
Dallas/Fort Worth Area
Support customers throughout their design cycle. Leverage TI's ICs and collateral to
provide customers with solutions that improve end equipment size, cost, reliability
and other key careabouts along with reviewing and debugging schematics, layouts
and prototypes.

### Analog Applications Engineer
Feb 2017 - Aug 2017 · 7 months

Dallas/Fort Worth Area

Rotation with the Power Grid & Infrastructure team developing system level collateral.

### Analog Applications Engineer

Aug 2016 - Feb 2017  · 7 months

Federal Way, WA

Rotation with High Speed Data and Clocking Solutions team characterizing, supporting and implementing RF PLLs.

### Entrepreneur

Javelin Devices Inc.

Sep 2015 - Mar 2022  · 6 years 7 months

Austin, TX

Android development and educational outreach for the Javelin, a durable, sensor-packed, wearable device.

### Consulting Contributor

NeuroTechX Services

Jun 2021 - Jan 2022  · 8 months

Remote

Business development identifying new client opportunities for a Neurotech start up focused consulting firm. Provided competitive analysis review for client presentations.

### Undergraduate Research Assistant

Motor Coordination Lab

Sep 2013 - Aug 2016  · 3 years

Unversity of Texas at Austin

Working in Dr. Lawrence Abraham's Lab researching Neurophysiological and Biomechanical factors in human motor control. My primary research is to design/build/test an MRI compatible force sensor.

### Tutor

Austin Learning Center

May 2013 - May 2016  · 3 years 1 month

Austin, TX

### Field Application Engineer Intern

Texas Instruments

Jun 2015 - Aug 2015 · 3 months

Sunnyvale, CA

### Research Team Intern

InteraXon Inc

Jun 2014 - Aug 2014 · 3 months

Toronto

Assisting the research team in developing new algorithms and refining existing algorithms by running studies, collecting large scale data and performing high level analysis to map EEG Data from the Muse to user mind states

### Teaching Assistant

Egyptian Language and Culture Course

Jan 2013 - May 2013 · 5 months

University of Texas at Austin

### Intern

Texas Neurology

Jun 2012 - Jul 2012 · 2 months

Dallas, Tx

Shadowed Dr. Waleed El-Feky

### Tech Department Specialist

Office Depot

Mar 2011 - Aug 2011 · 6 months

Austin, TX

# Education

### The University of Texas at Austin

Master of Engineering (MEng) · Electrical and Electronics Engineering

2015 - 2016

### The University of Texas at Austin

Bachelor of Science · Neuroscience/Electrical and Computer Engineering

2011 - 2015

Undergraduate Double Major in Neuroscience and Electrical and Computer Engineering

## Languages

**English**
Native or bilingual proficiency

**Arabic**
Limited working proficiency

**Spanish**
Elementary proficiency

## Recommendations received

**Simon Damphousse**

"I was blessed to have Nadeem worked in my group as a rotation engineer while at Texas Instruments. I had a very technical project where I needed help. I was hopeful to get reasonable help from him, but I quickly realized he would exceed all my expectations. In

no time, he picked up all the concepts he needed to deal with, figured out how to be proficient in the lab with automation and focused on helping the team with IC validation asking all the right questions. Also, since Nadeem is very comfortable with public speaking, he was able to make an excellent video discussing phase synchronization in PLL helping our customers to understand this complex feature on the IC. Finally, Nadeem is very easy to work with and I highly recommend him. "

1 person has recommended Nadeem

**Join now to view**

---

## View Nadeem's full profile

See who you know in common

Get introduced

Contact Nadeem directly

**Join to view full profile**



ultimateinsurance.com

**10 Best Car Insurance Rates - Rates as Low as $19/Month**



# Other similar profiles

### Ritesh Lilaramani

San Jose, CA



### Snigdhaa Hasija

San Diego County, CA

👤+ Connect

### Aravind Kumaraswamy

Warrington

👤+ Connect

### Haris Shaukat

East Haven, CT

👤+ Connect

### Arpit Rao

Doctoral Student at Washington State University Specializing in Cryo-electronic circuits | Former Analog Engineer at Intel Corporation

Hillsboro, OR

Connect

### Badreddine BAROUDI

Santa Clara, CA

Connect

### Nitish Sharma

Noida

Connect

### Devesh Thakker

San Francisco, CA

Connect

### H. Dheemanth Prabhu

Phoenix, AZ

Connect

## Tejbir Singh Chandhok

Mountain View, CA

Connect

---

### Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

View top content

---

# Others named **Nadeem Zaki**

### Nadeem Zaki

Executive Escalation Ambassador at Airbnb | Travel Expert | Ex-Lufthansian | Former Hotelier | LSSGB Certified | Customer service | 10+ years in Hospitality and Travel |

Delhi, India

### NADEEM ZAKI

Procurement Specialist | Construction Industry | Strategic Sourcing | Supplier & Contractor Management

Abu Dhabi

### Nadeem Zaki

--

Karāchi

### Nadeem Zaki

--

Delhi, India

9 others named Nadeem Zaki are on LinkedIn

See others named **Nadeem Zaki**

# Add new skills with these courses

### ETL in Python and SQL

1h 20m

### Practical Database Design: Implementing Responsible Data Solutions with SQL Querying

2h 15m

### Excel VBA: Managing Files and Data

4h 4m

See all courses

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language